IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Warren E. Holloway, | ) | |
| | ) | 14 C 02722 |
| Plaintiff, | ) | |
| | ) | Judge Lee |
| vs. | ) | |
| | ) | Magistrate Judge Gilbert |
| Officer Flurrey, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Warren Holloway
B-10322
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764

**PLEASE TAKE NOTICE** that on February 25, 2015, Defendants filed a Motion for Leave to Depose Incarcerated Plaintiff with the Clerk of the United States District Court for the Northern District of Illinois via ECF. A copy of that document is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable John Z. Lee, or before such other Judge sitting in his place, on March 4, 2015, at 9:00a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

Respectfully submitted,

*/s/*Gregory Beck_____
GREGORY BECK
Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-5146
Attorney No: 6308565