UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Warren E. Holloway

**FILED** EAA

JUN 04 2015
6-4-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

v.

14 C 02722

Judge LEE

Kenneth Flaherty, et al

Magistrate Judge Gilbert

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Now comes the plaintiff, Warren E. Holloway, a pro se state prisoner, requesting that this Honorable Court compel the defendants to produce documentation referenced in their response to discovery request. In support of this motion the plaintiff states as follows:

1. On May 12, 2015, the defendants responded to certain portions of the plaintiff's discovery request. See Exhibit A, attached hereto.

2. In interrogatories 7, 8, and 9, the defendants indicate that they are willing to turn over documentation as to their disciplinary history if this Honorable Court issues a confidentiality order.

3. The plaintiff hereby request that this Honorable Court issue a confidentiality order and compel the defendants to provide the documentation referenced in interrogatories 7, 8, and 9.

WHEREFORE, plaintiff request that this Honorable Court issue a confidentiality order and compel the defendants to provide the documentation referenced in their answers to interrogatories 7, 8, and 9.

Respectfully Submitted,

Warren Earl Holloway

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Warren E. Holloway, | ) | |
| | ) | 14 C 02722 |
| Plaintiff, | ) | |
| | ) | Judge Lee |
| vs. | ) | |
| | ) | Magistrate Judge Gilbert |
| Officer Flurrey, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT WALKER'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant Corey Walker, through his attorney, Gregory Beck, responds to Plaintiff's First Set of Interrogatories as follows:

1. State your current title and rank within the Chicago Police Department.

**Answer:** Sergeant Walker states that he is a Sergeant in the Chicago Police Department.

2. State your title and rank within the Chicago Police Department on September 24, 2012.

**Answer:** Sergeant Walker states that he was a police officer in the Chicago Police Department on September 24, 2012.

3. How long have you been employed with the Chicago Police Department.

**Answer:** Sergeant Walker states that he has been employed with the Chicago Police Department for approximately 19 years.

4. Have you ever been employed by any other law enforcement agency beside the Chicago Police Department? If the answer is yes please identify the agency.

**Answer:** Sergeant Walker states that he has never been employed with any law enforcement agency except for the Chicago Police Department.

5. Identify the chronology of your assignment history within the Chicago Police Department since you joined the force.

**Answer:** Sergeant Walker states that he began working with the Chicago Police Department in 1995. Upon graduating from the academy, Sergeant Walker was assigned to the 2nd District until 1999. In 1999, Sergeant Walker was assigned to the 7th District, and he worked in that district until 2004. In 2004, Sergeant Walker was assigned to the 6th District, and he worked in that district until 2014. In 2014, Sergeant Walker was assigned to the 8th District, which is the district that he is currently assigned to.

6. Do you have a military background? If your answer is yes, please explain.

**Answer:** Sergeant Walker is a commissioned officer in the United States Army with 21 years of service and a current rank of Major. Sergeant Walker has been deployed overseas three times and is a recipient of the Bronze Star.

7. Have you ever been disciplined for misconduct? If your answer is yes, please describe. This question is in relation to your disciplinary history while employed in law enforcement.

**Answer:** Sergeant Walker objects to this interrogatory on the grounds that it is overly broad and not reasonably limited in time or scope. Sergeant Walker further objects on the grounds that this interrogatory is not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving said objections, Sergeant Walker refers Plaintiff to his Complaint Register History, which will be produced upon entry of a confidentiality order.

8. During your employment in law enforcement have you ever been formally accused of misconduct? If your answer is yes, please describe.

**Answer:** Sergeant Walker objects to this interrogatory on the grounds that it is overly broad and not reasonably limited in time or scope. Sergeant Walker further objects on the grounds that this interrogatory is not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving said objections, Sergeant Walker refers Plaintiff to his Complaint Register History, which will be produced upon entry of a confidentiality order.

9. During your employment in law enforcement have you ever been sued for civil rights violations? If your answer is yes, please describe.

**Answer:** Sergeant Walker objects to this interrogatory on the grounds that it is not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving this objection, Sergeant Walker states upon information and belief that, other than in the present case, he was a defendant in the following case: *Keller v. City of Chicago, et al.*, 07 C 5773.

10. State the number of hours of law enforcement training you completed beginning from when you first applied to join the Chicago Police Department up to September 24, 2012, including any special training (please identify the special training).

**Answer:** Sergeant Walker objects that this interrogatory calls for information beyond the scope of his personal knowledge. Subject to and without waiving this objection, Sergeant Walker refers Plaintiff to his training records which are produced herewith as FCRL 000206 - 000213.

11. Please identify the names of any and all training manuals issued and or authorized by the Chicago Police Department that you were aware of on September 24, 2012, that contained instructions and or policies concerning how to conduct a lawful stop, search, and arrest.

**Answer:** Sergeant Walker refers Plaintiff to his Training Records which are produced herewith as FCRL 000206 - 000213. Answering further, Sergeant Walker refers Plaintiff to the General Orders available at http://directives.chicagopolice.org/directives/ .

Dated: May 12, 2015

Respectfully Submitted,

/s/ Gregory Beck

30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-5146

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Warren E. Holloway, | ) | |
| | ) | 14 C 02722 |
| Plaintiff, | ) | |
| | ) | Judge Lee |
| vs. | ) | |
| | ) | Magistrate Judge Gilbert |
| Officer Flurrey, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## VERIFICATION

I, Corey Walker, one of the defendants in the foregoing case, do hereby certify that I have read the foregoing DEFENDANT WALKER'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES and that my responses are true in substance and in fact to the best of my knowledge.

_____
Corey Walker

SIGNED and SWORN before me on this 12th day of May, 2015

_____
Notary Public

OFFICIAL SEAL
SHAUNTELL REYNOLDS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/28/17

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Warren E. Holloway, | ) | |
| | ) | 14 C02722 |
| Plaintiff, | ) | |
| | ) | Judge Lee |
| vs. | ) | |
| | ) | Magistrate Judge Gilbert |
| Officer Flurrey, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT FLAHERTY'S RESPONSE TO
## PLAINTIFF'S FIRST SET OF INTERROGATORIES

Defendant Kenneth Flaherty, through his attorney, Gregory Beck, responds to Plaintiff's First Set of Interrogatories as follows:

1. State your current title and rank within the Chicago Police Department.

**Answer:** Officer Flaherty states that he is a police officer in the Chicago Police Department.

2. State your title and rank within the Chicago Police Department on September 24, 2012.

**Answer:** Officer Flaherty states that he was a police officer in the Chicago Police Department on September 24, 2012.

3. How long have you been employed with the Chicago Police Department.

**Answer:** Officer Flaherty states that he has been employed with the Chicago Police Department for approximately 10 years.

4. Have you ever been employed by any other law enforcement agency beside the Chicago Police Department? If the answer is yes please identify the agency.

**Answer:** Officer Flaherty states that he has never been employed with any law enforcement agency except for the Chicago Police Department.

5. Identify the chronology of your assignment history within the Chicago Police Department since you joined the force.

1

**Answer:** Officer Flaherty states that he began working with the Chicago Police Department in 2004. Upon graduating from the academy, Officer Flaherty was assigned to the 12th District until 2006. In 2006, Officer Flaherty was assigned to the 9th District, and he worked in that district until 2007. In 2007, Officer Flaherty was assigned to the Targeted Response Unit, and he worked in that unit until 2009. In 2009, Officer Flaherty was assigned to the 6th District, and he worked in that district until 2014. In 2014, Officer Flaherty was assigned to the 8th District, which is the district that he is currently assigned to.

6. Do you have a military background? If your answer is yes, please explain.

**Answer:** Officer Flaherty states that he does not have a military background.

7. Have you ever been disciplined for misconduct? If your answer is yes, please describe. This question is in relation to your disciplinary history while employed in law enforcement.

**Answer:** Officer Flaherty objects to this interrogatory on the grounds that it is overly broad and not reasonably limited in time or scope. Officer Flaherty further objects on the grounds that this interrogatory is not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving said objections, Officer Flaherty refers Plaintiff to his Complaint Register History, which will be produced upon entry of a confidentiality order.

8. During your employment in law enforcement have you ever been formally accused of misconduct? If your answer is yes, please describe.

**Answer:** Officer Flaherty objects to this interrogatory on the grounds that it is overly broad and not reasonably limited in time or scope. Officer Flaherty further objects on the grounds that this interrogatory is not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving said objections, Officer Flaherty refers Plaintiff to his Complaint Register History, which will be produced upon entry of a confidentiality order.

9. During your employment in law enforcement have you ever been sued for civil rights violations? If your answer is yes, please describe.

**Answer:** Officer Flaherty objects to this interrogatory on the grounds that this interrogatory is not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving this objection, Officer Flaherty states upon information and belief that, other than in the present case, he was a defendant in the following cases: *Torres v. City of Chicago, et al.*, 08 C 0282; *Safford v. City of Chicago, et al.*, 08 C 0621; *Carter v. City of Chicago, et al.*, 08 C 0870; *Waller, et al. v. City of Chicago, et al.*, 14 C 0223.

2

10. State the number of hours of law enforcement training you completed beginning from when you first applied to join the Chicago Police Department up to September 24, 2012, including any special training (please identify the special training).

**Answer:** Officer Flaherty objects that this interrogatory calls for information beyond the scope of his personal knowledge. Subject to and without waiving this objection, Officer Flaherty refers Plaintiff to his training records which are produced herewith as FCRL 000193 - 000199.

11. Please identify the names of any and all training manuals issued and or authorized by the Chicago Police Department that you were aware of on September 24, 2012, that contained instructions and or policies concerning how to conduct a lawful stop, search, and arrest.

**Answer:** Officer Flaherty refers Plaintiff to his Training Records which are produced herewith as FCRL 000193 - 000199. Answering further, Officer Flaherty refers Plaintiff to the General Orders available at http://directives.chicagopolice.org/directives/.

Dated: May 12, 2015

Respectfully Submitted,

_____
Gregory Beck

30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-5146

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Warren E. Holloway, | ) | |
| | ) | 14 C02722 |
| Plaintiff, | ) | |
| | ) | Judge Lee |
| vs. | ) | |
| | ) | Magistrate Judge Gilbert |
| Officer Flurrey, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## VERIFICATION

I, Kenneth Flaherty, one of the defendants in the foregoing case, do hereby certify that I have read the foregoing DEFENDANT FLAHERTY'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES and that my responses are true in substance and in fact to the best of my knowledge.

_____
Kenneth Flaherty

SIGNED and SWORN before me on this 12th day of May, 2015

_____
Notary Public

OFFICIAL SEAL
DARWIN OLORTEGUI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/17

4

IN THE

_____

_____

<u>Warren E Holloway</u>     )
Plaintiff,                  )
                            )
                            ) Case No. <u>14 C 2722</u>
    v.                      )
                            )
<u>Kenneth Flaherty, et al</u> )
Defendant                   )

## PROOF/CERTIFICATE OF SERVICE

TO: <u>Gregory Beck</u>          TO: <u>U.S. District Court</u>
    <u>30 North LaSalle St.</u>      <u>219 S. Dearborn</u>
    <u>Suite 900</u>                 <u>Chicago, Il 60604</u>
    <u>Chicago, Il 60602</u>

PLEASE TAKE NOTICE that on <u>June 1</u>, 20<u>15</u>, I have placed the documents listed below in the institutional mail at <u>Pontiac</u> Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: <u>Plaintiff's Motion To Compel Discovery</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: <u>6-1-15</u>

/s/ <u>Warren E. Holloway</u>
NAME: <u>Warren E. Holloway</u>
IDOC#: <u>B10322</u>
<u>Pontiac</u> Correctional Center
P.O. BOX <u>99</u>
<u>Pontiac</u>, IL <u>61764</u>

June 1, 2015

Revised Jan 2002

MARK G. SPENCER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
August 27, 2016