# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Warren Earl Holloway

                      Plaintiff,

v.                                                Case No.: 1:14–cv–02722

                                                        Honorable John Z. Lee

Corey Walker, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 16, 2015:

      MINUTE entry before the Honorable John Z. Lee: The Court assigns Robert F. Huff, Jr., ZwillGen PLLC, 300 N. LaSalle St. 49th Floor, Chicago, IL 60654, 312–685–2278 to represent the plaintiff. A status hearing is set for 7/7/15 at 9:15 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.