IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Warren E. Holloway, | ) | |
| | ) | 14 C 02722 |
| Plaintiff, | ) | |
| | ) | Judge Lee |
| vs. | ) | |
| | ) | Magistrate Judge Gilbert |
| Officer Flurrey, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

  **PLEASE TAKE NOTICE** that on August 31, 2015, I filed Defendants' Motion For Entry Of Confidentiality Order with the Clerk of the United States District Court for the Northern District of Illinois via ECF.

  **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable John Z. Lee, or before such other Judge sitting in his place, on September 2, 2015, at 9:00a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

                   Respectfully submitted,

                   */s/*Gregory Beck_____
                   GREGORY BECK
                   Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-5146