# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Warren Earl Holloway
                         Plaintiff,

v.                                                  Case No.: 1:14–cv–02722
                                                       Honorable John Z. Lee

Corey Walker, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 2, 2015:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 9/2/15. Defendants' agreed motion for entry of confidentiality order [60] is granted. Enter confidentiality order. Fact discovery will close on 11/30/15. Status hearing set for 11/12/15 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.